CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 20 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ANNETTE ROSS, | ) | Civil Action No. 7:09-cv-00243 |
| Plaintiff, | ) | |
| | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| GARY L. BASS, et al., | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED

that the plaintiff's complaint is **DISMISSED without prejudice** for failing to exhaust

administrative remedies, pursuant to 42 U.S.C. 1997e(a), and the case is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER:** This _20th_ day of August, 2009.

Senior United States District Judge